MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7301
Facsimile: (415) 436-6753
E-Mail: christine.wong@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-11-0172 SI |
|---|---|
| v. | ) NOTICE OF DISMISSAL |
| ANTONIO GARCIA, | ) ORDER |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: September 13, 2011

Respectfully submitted,

MELINDA HAAG
United States Attorney

MIRANDA KANE
Chief, Criminal Division

NOTICE OF DISMISSAL (CR 11-0172 SI)

Leave is granted to the government to dismiss the indictment.

Date: _____9/15/11_____

*[signature: Susan Illston]*

HON. SUSAN ILLSTON
United States District Judge